Robert Lee SMITH, Petitioner–Appellant,

v.

Ronald J. ANGELONE, Director of Department of Corrections, Respondent–Appellee.

No. 02–7312.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 7, 2002.

Decided Nov. 15, 2002.

Robert Lee Smith, Appellant Pro Se.

Before WILKINS and LUTTIG, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Lee Smith seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Smith has not made a substantial showing of the denial of a constitutional right. *See Smith v. Angelone*, No. CA–02–429–AM (E.D. Va. filed July 24, 2002; entered July 25, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before the court and argument would not aid the decisional process.

*DISMISSED.*